

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, NY 10007*

December 3, 2025

**<u>Via ECF</u>**
Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  *Waxman v. United States*, No. 24 Civ. 9325 (RA)

Dear Judge Abrams:

This Office represents defendant United States of America (the "Government") in the above-named action, in which plaintiff seeks to recover federal income tax and related interest that he allegedly overpaid for the 2016 tax year. In accordance with Judge Swain's Amended Standing Order, all deadlines in this action were tolled and extended for the duration of the recent government shutdown—*i.e.*, for 43 days. *See* Standing Order M10-468, Case No. 25-mc-433 (LTS), ECF No. 3 (the "Standing Order"). As such, the Government's deadline to respond to the Complaint was adjourned from November 24, 2025, until January 6, 2026. I write respectfully to request, with plaintiff's consent, an adjournment of the initial pretrial conference, currently scheduled for December 12, 2026, until a date on or after January 16, 2025 (i.e., the Friday following the week the Government's response is due).

Plaintiff is continuing to evaluate the Government's settlement proposal, and the parties are scheduled to confer this week. Thus, the Government respectfully submits that an adjournment of the conference date until after the Government's response deadline will conserve judicial and party resources, while allowing the parties to continue to explore whether a consensual resolution of this matter is possible.

This is the Government's seventh request for an adjournment of the initial conference. The Court granted the prior requests. (Dkt. Nos. 14, 16, 18, 20, 24, 26).

Page 2 of 2

I thank the Court for its consideration of this request.

<div style="margin-left:50%">

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ Jessica F. Rosenbaum
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2777
Email: Jessica.Rosenbaum@usdoj.gov

</div>

cc:    Ronald Waxman (pro se) via e-mail

The conference scheduled for December 12, 2025 is
adjourned to January 23, 2026 at 12:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
December 4, 2025