**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 3/3/2026

RONALD B. WAXMAN,

                                    **Plaintiff,**                    **24-CV-09325 (RA)(SN)**

          -against-                                                   **ORDER**

UNITED STATES OF AMERICA,

                                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On March 3, 2026, the Court held a conference to discuss next steps in this litigation. As discussed on the record, all fact discovery shall be completed by June 3, 2026. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Ronnie Abrams by June 10, 2026.

By March 11, 2026, the Government shall advise the Court of its position regarding mediation and whether it seeks a stay of discovery pending mediation.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        March 3, 2026
              New York, New York