UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RONALD B. WAXMAN,

                              **Plaintiff,**

        -against-

UNITED STATES OF AMERICA,

                              **Defendant.**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/7/2026
```

24-CV-09325 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Notwithstanding the Court's prior order authorizing limited discovery, Defendant now requests that discovery be held in abeyance and that a briefing schedule be entered for Defendant's dispositive motion. Plaintiff opposes that request. The Court reaffirms the schedule set at the March 3, 2026 conference. Limited discovery shall proceed through June 3, 2026.

That said, having reviewed Plaintiff's letter describing the discovery he seeks, the Court will not authorize all of the requested discovery at this time. Plaintiff is entitled to his administrative file for tax year 2016. The balance of his discovery is denied without prejudice. The parties are ordered to meet and confer. If warranted, Plaintiff may renew his request for additional discovery after a good faith discussion with the Government.

Defendant shall file its dispositive motion by June 8, 2026. Plaintiff's opposition shall be filed by July 8, 2026. Defendant's reply, if any, shall be filed by July 22, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        April 7, 2026
              New York, New York